# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PECK,<br><br>                Plaintiff,<br><br>v.<br><br>KINGS CREDIT SERVICES, a corporation,<br><br>                Defendant. | Case No. 1:19-cv-00107-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 8) |

On June 3, 2019, Plaintiff filed a "Notice of Dismissal of Entire Case," in which Plaintiff notifies the Court of the dismissal of the entire action with prejudice. (Doc. 8.) Plaintiff filed this notice before Defendant served either an answer or a motion for summary judgment. Thus, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **June 4, 2019**                   /s/ *Sheila K. Oberto*

                                        UNITED STATES MAGISTRATE JUDGE